# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **RAYMOND F. SACK,** | **CASE NO. 1:21-cv-00364-PAB** |
| **Plaintiff,** | |
| -vs- | **JUDGE PAMELA A. BARKER** |
| **JOHN A. BARBISH, et al.,** | **JUDGMENT ENTRY** |
| **Defendants.** | |

For the reasons stated in the Memorandum Opinion and Order filed contemporaneously herewith, Defendants' Motion for Partial Judgment on the Pleadings pursuant to Fed. R. Civ. P. 12(c) (Doc. No. 7) is GRANTED. The case is hereby TERMINATED.

**IT IS SO ORDERED.**


Dated: September 13, 2021            *s/Pamela A. Barker*
                                     PAMELA A. BARKER
                                     U.S. DISTRICT JUDGE